IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13CR54-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) vs. ) ) ) AARON EUGENE SHELL ) ) Defendant. ) ) | SCHEDULING ORDER |

**THIS MATTER** is before the Court on an Order of Remand, filed June 12, 2015, from the Fourth Circuit Court of Appeal for re-sentencing.[1]

**IT IS, THEREFORE, ORDERED** that:

The Bureau of Prisons (BOP) and the United States Marshals Service is hereby ORDERED to transport and produce the body of AARON EUGENE SHELL (USM#: 28503-058), for re-sentencing on September 8, 2015, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than August 14, 2015, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the BOP. The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

---

[1] The Fourth Circuit published the opinion on June 12, 2015, vacated the judgment of the district court, and remand for further proceedings. The Mandate was entered on July 6, 2015.

Signed: July 14, 2015

*[signature: Richard L. Voorhees]*

Richard L. Voorhees
United States District Judge